1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  JUAN MONAY-MARTINEZ,

9                             Petitioner,

10           v.

11  ICE FIELD OFFICE DIRECTOR,

12                             Respondent.

CASE NO. C19-1521-MJP-BAT

**REPORT AND RECOMMENDATION**

13       Juan Monay-Martinez initiated this 28 U.S.C. § 2241 immigration habeas action to obtain

14  release from immigration detention or a bond hearing.  Dkt. 3.  The Government moved to

15  dismiss.  Dkt. 6.  Subsequently, Mr. Monay-Martinez was released on supervision.  *See* Dkt. 12.

16  Accordingly, the Government filed a motion to supplement its motion to dismiss with this

17  evidence and to argue that the action is now moot.  Dkt. 11.  Mr. Monay-Martinez did not file an

18  opposition to the motion to supplement.

19       Under Article III of the U.S. Constitution, federal courts may adjudicate only actual,

20  ongoing cases or controversies.  *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988).  "For a habeas

21  petition to continue to present a live controversy after the petitioner's release or deportation . . .

22  there must be some remaining 'collateral consequence' that may be redressed by success on the

23  petition."  *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007).  Because Monay-Martinez's

REPORT AND RECOMMENDATION - 1

1   habeas petition challenges only the length of his immigration detention, his claims were fully

2   resolved by release from custody. *See id.* at 1065. Accordingly, there is no collateral

3   consequence that could be redressed by the Court, and Mr. Monay-Martinez's habeas petition

4   should be dismissed as moot. *See id.*

5          Accordingly, the Court recommends that the Government's motion to supplement, Dkt.

6   11, be **GRANTED**; the Government's motion to dismiss, Dkt. 6, be **GRANTED**; Mr. Monay-

7   Martinez's habeas petition be **DENIED**; and this action be **DISMISSED** without prejudice. A

8   proposed order accompanies this Report and Recommendation.

9          This Report and Recommendation is not an appealable order. Therefore a notice of

10  appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

11  assigned District Judge enters a judgment in the case. Objections, however, may be filed and

12  served upon all parties no later than **January 30, 2020.** The Clerk should note the matter for

13  **January 31, 2020**, as ready for the District Judge's consideration if no objection is filed. If

14  objections are filed, any response is due within 14 days after being served with the objections. A

15  party filing an objection must note the matter for the Court's consideration 14 days from the date

16  the objection is filed and served. The matter will then be ready for the Court's consideration on

17  the date the response is due. Objections and responses shall not exceed five pages. The failure

18  to timely object may affect the right to appeal.

19         DATED this 8th day of January, 2020.

20

21         _____
           BRIAN A. TSUCHIDA
22         Chief United States Magistrate Judge

23

REPORT AND RECOMMENDATION - 2