UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN MONAY-MARTINEZ,

                Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. C19-1521-MJP

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

      (1)     The Court **ADOPTS** the Report and Recommendation.

      (2)     The Government's motion to supplement, Dkt. 11, is **GRANTED**.

      (3)     The Government's motion to dismiss, Dkt. 6, is **GRANTED**.

      (4)     Petitioner's habeas petition is **DENIED**.

      (5)     This action is **DISMISSED** without prejudice.

\\

\\

1       (6)     The Clerk is directed to send copies of this Order to the parties and to Judge

2  Tsuchida.

3       Dated this 11th day of February, 2020.

4

5

6       Marsha J. Pechman
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23